IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04-CR-00011-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHRISTOPHER BARRINGER, )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER comes now before the Court upon Defendant's Motion for a Certificate of Appealability (Doc. No. 48). Defendant contends that he has discovered an issue "of such an unusual nature as to require review by the Fourth Circuit Court of Appeals," the only situation in which his plea agreement would allow such review. Having reviewed the record and Defendant's Motion, the Court disagrees. The Court finds that Defendant has not demonstrated an unusual issue that would warrant review by the Fourth Circuit. Defendant's Motion is therefore DENIED.

IT IS SO ORDERED.   Signed: November 7, 2007

Frank D. Whitney
United States District Judge